IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ROBERT FRAKER,**

    **Plaintiff,**

vs.

Case No. C2-08-058
Judge Edmund A. Sargus, Jr.
Magistrate Judge Terence P. Kemp

**MARYSVILLE EXEMPTED**
**VILLAGE SCHOOLS,**
**et al.,**

    **Defendants.**

## ORDER

A review of Defendants' Motion for Judgment on the Pleadings reveals that the matters raised therein have been mooted by the course of events in this case or otherwise subsumed by the legal issues addressed in Defendants' Motion for Summary Judgment. Accordingly, the Court will address all of the issues in Defendants' pending Motions in a single comprehensive Opinion and Order. For administrative purposes only, Defendant's Motion for Judgment on the Pleadings (Doc. #8) is **DENIED AS MOOT**.[1]

    **IT IS SO ORDERED.**

9-3-2009
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE

---

    [1] This Order should not be construed as an opinion of the Court on the validity of Plaintiff's claims or the merits of Defendants' Motions.